1   I. Morley Drucker (State Bar No. 97385)
    FULWIDER PATTON LLP
2   Howard Hughes Center
    6060 Center Drive, Tenth Floor
3   Los Angeles, California 90045
    Telephone: 310-824-5555
4   Facsimile:  310-824-9696
    E-mail:      MDrucker@fulpat.com
5

6
    Attorney for Defendant J BRAND
7   INC.

8                    UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  LEVI STRAUSS & CO.,                    Case No. 3:12-CV-04203 MEJ

12                  Plaintiff,             **STIPULATION TO CONTINUE
                                           CASE MANAGEMENT
13          v.                             CONFERENCE**

14  J BRAND INC.,                          CMC Date:   Dec. 6, 2012
                                           CMC Time:  10:00 a.m.
15                  Defendant.             Courtroom B, 15th Floor

16

17          IT IS HEREBY STIPULATED, by and between the parties, subject to the approval of the

18  Court, that:

19          1.      The Case Management Conference, currently scheduled for December 6, 2012, is

20  continued to January 10, 2013 at 10:00 a.m. in Courtroom B, 15th Floor of the above-mentioned

21
    Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102.
22
            This Stipulation is not entered into for the purpose of mere delay.  As Defendant J BRAND
23
24  INC. was just served with the Complaint herein on November 30, 2012, the parties have agreed, by

25  and through their counsel of record, to continue the Case Management Conference in an effort to

26  provide the parties with time to discuss a possible resolution to this case.

27

28

632742.1 Stipulation to Continue the Case Management Conference- 1 -          *Levi Strauss & Co.  v. J Brand Inc.*
                                                                              Case No. 3:12-CV-04203 MEJ

1 | DATED:  December 4, 2012          Respectfully submitted,

2 | KILPATRICK TOWNSEND & STOCKTON LLP

3 | By:  */s/ Gia L. Cincone*
      Gia L. Cincone
4 | Attorneys for Plaintiff
      LEVI STRAUSS & CO.

5 |

6 | FULWIDER PATTON LLP

7 |

8 | By:  */s/ I. Morley Drucker*
      I. Morley Drucker
      Attorneys for Defendant
9 | J BRAND INC.

10 |

11 |

12 |

13 | IT IS SO ORDERED.

14 |

15 | DATED:  December  4, 2012          _____
      Hon. Maria-Elena James
      Chief United States Magistrate Judge

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

632742.1 Stipulation to Continue the Case Management Conference - 2 -          *Levi Strauss & Co.  v. J Brand Inc.*
Case No. 3:12-CV-04203 MEJ