I. Morley Drucker (State Bar No. 97385)
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone: 310-824-5555
Facsimile:  310-824-9696
E-mail:       MDrucker@fulpat.com

Attorney for Defendant J BRAND INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>            Plaintiff,<br><br>     v.<br><br>J BRAND INC.,<br><br>            Defendant. | Case No. 3:12-CV-04203 MEJ<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:   Dec. 6, 2012<br>CMC Time:  10:00 a.m.<br>Courtroom B, 15th Floor |

    IT IS HEREBY STIPULATED, by and between the parties, subject to the approval of the Court, that:

    1.    The Case Management Conference, currently scheduled for December 6, 2012, is continued to January 10, 2013 at 10:00 a.m. in Courtroom B, 15th Floor of the above-mentioned Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102.

    This Stipulation is not entered into for the purpose of mere delay.  As Defendant J BRAND INC. was just served with the Complaint herein on November 30, 2012, the parties have agreed, by and through their counsel of record, to continue the Case Management Conference in an effort to provide the parties with time to discuss a possible resolution to this case.

1 | DATED: December 4, 2012          Respectfully submitted,

2 |                                  KILPATRICK TOWNSEND & STOCKTON LLP

3 |                                  By:  */s/ Gia L. Cincone*
                                         Gia L. Cincone
4 |                                      Attorneys for Plaintiff
                                         LEVI STRAUSS & CO.
5 |

6 |                                  FULWIDER PATTON LLP

7 |
                                    By:  */s/ I. Morley Drucker*
8 |                                      I. Morley Drucker
                                         Attorneys for Defendant
9 |                                      J BRAND INC.

10 |

11 |

12 | IT IS SO ORDERED.

13 |

14 | DATED: December 4, 2012         _____
15 |                                  Hon. Maria-Elena James
                                     Chief United States Magistrate Judge

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |