1  KILPATRICK TOWNSEND & STOCKTON LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7

8                       UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 LEVI STRAUSS & CO.,                    Case No. 3:12-CV-04203 MEJ

12              Plaintiff,                **PLAINTIFF LEVI STRAUSS & CO.'S
                                          NOTICE OF DISMISSAL WITHOUT
13       v.                               PREJUDICE**

14 J BRAND INC.,

15              Defendant.

16

17

18       Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Levi Strauss & Co. voluntarily

19 dismisses this action without prejudice.  As of this date, the defendant has not filed an answer or

20 otherwise responded to the complaint.

21

22 DATED:  December 21, 2012              Respectfully submitted,

23                                        KILPATRICK TOWNSEND & STOCKTON LLP

24                                        By:  /s/ Gia Cincone
                                               Gia Cincone
25                                             Attorneys for Plaintiff
                                               LEVI STRAUSS & CO.
26

27                                        Case is dismissed without prejudice.
                                          The Clerk shall close the file.
28                                        Dated:  12/21/2012

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Maria-Elena James
NORTHERN DISTRICT OF CALIFORNIA

Notice of Dismissal Without Prejudice          - 1 -          *Levi Strauss & Co.  v. J Brand Inc.*
                                                              Case No. 3:12-CV-04203 MEJ