KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>                    Plaintiff,<br><br>          v.<br><br>J BRAND INC.,<br><br>                    Defendant. | Case No. 3:12-CV-04203 MEJ<br><br>**PLAINTIFF LEVI STRAUSS & CO.'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Levi Strauss & Co. voluntarily dismisses this action without prejudice.  As of this date, the defendant has not filed an answer or otherwise responded to the complaint.

DATED:  December 21, 2012                     Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By:  /s/ Gia Cincone
     Gia Cincone
     Attorneys for Plaintiff
     LEVI STRAUSS & CO.

IT IS SO ORDERED

Judge Maria-Elena James

Case is dismissed without prejudice.
The Clerk shall close the file.
Dated:   12/21/2012